UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTINEZ,<br><br>    Defendant. | Case No. 17-cr-00257-VC-1<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>Re: Dkt. No. 113 |

  The motion to dismiss is denied. The Court adopts the analyses provided by Judge Berger in *United States v. Nutter*, No. 2:21-CR-00142, 2022 WL 3718518 (S.D. W. Va. Aug. 29, 2022), and Judge DeGiusti in *United States v. Jackson*, No. CR-22-59-D, 2022 WL 3582504 (W.D. Okla. Aug. 19, 2022).[1] Given those analyses, Martinez's as-applied challenge is also rejected. Monday's hearing on the motion to dismiss is converted to a status conference.

  **IT IS SO ORDERED.**

Dated: February 2, 2023

                    VINCE CHHABRIA
                    United States District Judge

---

[1] It is not outside the scope of the Ninth Circuit's mandate to consider Martinez's arguments. *United States v. Kellington*, 217 F.3d 1084, 1094 (9th Cir. 2000); *see also Class v. United States*, 138 S. Ct. 798, 805–06 (2018).